**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Western District of Texas, San Antonio Division

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | TX Superior Communications, LLC |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as names* | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 47 – 4262909 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 6223 Krempen Ave  Number   Street | Number   Street |
| | Po Box 1438  P.O. Box |
| San Antonio, TX 78233-4585  City   State   ZIP Code | Converse, TX 78109-4186  City   State   ZIP Code |
| Bexar  County | **Location of principal assets, if different from principal place of business**  Number   Street  City   State   ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **1**

Debtor __TX Superior Communications, LLC__ Case number *(if known)* _____
       Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>__2__ __3__ __7__ __1__ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>   ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).<br>   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When __/__/____ Case number _____<br>       District _____ When __/__/____ Case number _____<br>                       MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>       District _____ When ____<br>                                   MM / DD / YYYY<br>       Case number, if known _____ |

Debtor __TX Superior Communications, LLC_____   Case number *(if known)*_____
      Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>    **Why does the property need immediate attention?** *(Check all that apply.)*<br>    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>       What is the hazard? _____<br>    ☐ It needs to be physically secured or protected from the weather.<br>    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>    ☐ Other _____<br>    **Where is the propery?** _____<br>              Number    Street<br>    _____  _____<br>    City                                     State<br>    _____<br>    ZIP Code<br>    **Is the property insured?**<br>    ☐ No<br>    ☐ Yes.   Insurance agency _____<br>              Contact name    _____<br>              Phone                 _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds?** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☒ 1-49    ☐ 50-99      ☐ 1,000-5,000      ☐ 25,001-50,000<br>☐ 100-199   ☐ 200-999    ☐ 5,001-10,000    ☐ 50,000-100,000<br>                               ☐ 10,001-25,000    ☐ More than 100,000 |
| **15.** | **Estimated assets** | ☐ $0-$50,000               ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000       ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☒ $100,001-$500,000     ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/17/2018
               MM/ DD/ YYYY

X  /s/ Eduardo Espinoza, Jr.                    Eduardo Espinoza, Jr.
   Signature of authorized representative of debtor    Printed name

Title  Manager

**18. Signature of attorney**

X  /s/ Ronald Smeberg         Date  12/17/2018
   Signature of attorney for debtor         MM/ DD/ YYYY

Ronald Smeberg
Printed name

The Smeberg Law Firm
Firm name

2010 W Kings Hwy
Number       Street

San Antonio                              TX        78201
City                                     State     ZIP Code

                                         ron@smeberg.com
Contact phone                            Email address

24033967                                 TX
Bar number                               State

Fill in this information to identify the case:

Debtor name: **TX Superior Communications, LLC**

United States Bankruptcy Court for the: **Western District of Texas, San Antonio Division**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/17/2018**
MM/ DD/ YYYY

X **/s/ Eduardo Espinoza, Jr.**
Signature of individual signing on behalf of debtor

Eduardo Espinoza, Jr.
Printed name

Manager
Position or relationship to debtor

Official Form B202     **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name: TX Superior Communications, LLC

United States Bankruptcy Court for the: Western District of Texas, San Antonio Division

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Accel Capital Inc.<br>c/o Joseph Nierman, Esq.<br>30 Wall St # 801<br>New York, NY 10005-2201 | Accel Capital Inc. | Judgment | Disputed | | | $172,638.58 |
| 2 | AT&T<br>Po Box 5017<br>Carol Stream, IL 60197-5017 | AT&T | Utiliy | | | | $305.00 |
| 3 | Bluevine Capital, Inc.<br>401 Warren St<br>Redwood City, CA 94063-1578 | Bluevine Capital, Inc.<br>(888) 216-9619 | | | | | $20,119.00 |
| 4 | CDS Business Servies, Inc., dba Newtek Business Credit<br>1981 Marcus Ave<br>New Hyde Park, NY 11042-1046 | CDS Business Servies, Inc., dba Newtek Business Credit | | | | | $149,000.00 |
| 5 | Circle K<br>Po Box 639<br>Portland, ME 04104-0639 | Circle K<br>(866) 544-1715 | Line of credit | | | | $11,794.99 |
| 6 | CPS Energy<br>Attn: Bankruptcy Section<br>145 Navarro St Stop 110910<br>San Antonio, TX 78205-2934 | CPS Energy | Utility | | | | $209.00 |
| 7 | CR/Fed Leasing, LLC<br>103 Biltmore St<br>San Antonio, TX 78213-2203 | CR/Fed Leasing, LLC | | | | | $90,003.70 |
| 8 | Four J Traffic Controls, LLC<br>Po Box 240038<br>San Antonio, TX 78224-0038 | Four J Traffic Controls, LLC<br>(210) 927-4770 | Line of credit | | | | $8,319.32 |

Official Form 204        **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**        page 1

| Debtor | TX Superior Communications, LLC | | Case Number (if known) | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | GOTO Premium Finance<br>Po Box 4312<br>Woodland Hls, CA 91365-4312 | GOTO Premium Finance | Insurance | | | | $208.17 |
| 10 | Kabbage<br>730 Peachtree St Ne<br>Atlanta, GA 30308-1226 | Kabbage<br>(888) 986-8263 | | | | | $19,477.32 |
| 11 | Liberty Mutual Insurance<br>Po Box 188025<br>Fairfield, OH 45018-8025 | Liberty Mutual Insurance<br>(800) 682-8476 | Insurance | | | | $66,480.72 |
| 12 | Newtek Small Business Finance<br>1981 Marcus Ave<br>New Hyde Park, NY 11042-1046 | Newtek Small Business Finance<br>(602) 255-1467 | | | | | $365,000.00 |
| 13 | Platinum Rapid Funding<br>348 RXR Plaza<br>Uniondale, NY 11566 | Platinum Rapid Funding | | | | | $180,000.00 |
| 14 | Premier Capital Funding<br>c/o Law Office of Marvin Ben-Aron<br>14 Avenue T<br>Brooklyn, NY 11223-3421 | Premier Capital Funding | Judgment | Disputed | | | $117,415.10 |
| 15 | Reginal Finance Corporation of Texas<br>14145 Nacogdoches Rd<br>San Antonio, TX 78247-1931 | Reginal Finance Corporation of Texas | | | | | $13,483.59 |
| 16 | Rental One<br>Po Box 489<br>Colleyville, TX 76034-0489 | Rental One<br>(817) 545-8999 | Line of credit | | | | $1,765.83 |
| 17 | Shell<br>Po Box 9001015<br>Louisville, KY 40290-1015 | Shell | Line of credit | | | | $6,254.18 |
| 18 | Spectrum<br>Legal Department<br>13820 Sunrise Valley Dr<br>Herndon, VA 20171-4659 | Spectrum | Utility | | | | $228.00 |
| 19 | Tiger Sanitation<br>6315 Us Highway 87 E<br>San Antonio, TX 78222-1810 | Tiger Sanitation | Utility | | | | $161.00 |
| 20 | Yellowstone Capital, LLC<br>c/o Vadim Serebro, Esq.<br>55 Broadway Fl 3<br>New York, NY 10006-3757 | Yellowstone Capital, LLC<br>(646) 774-3374 | Judgment | Disputed | | | $78,655.00 |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 2

| | | |
|---|---|---|
| Accel Capital Inc.<br>c/o Joseph Nierman, Esq.<br>30 Wall St # 801<br>New York, NY 10005-2201 | AT&T<br>Po Box 5017<br>Carol Stream, IL 60197-5017 | Bexar County Tax Assessor Collector c/o<br>Don Stecker, LInebarger, Googan, Blair & Sampson<br>711 Navaro St. 300<br>San Antonio, TX 78205 |
| Bluevine Capital, Inc.<br>401 Warren St Ste 300<br>Redwood City, CA 94063-1578 | CDS Business Servies, Inc., dba Newtek Business Credit<br>1981 Marcus Ave Ste 130<br>New Hyde Park, NY 11042-1046 | Circle K<br>Po Box 639<br>Portland, ME 04104-0639 |
| Corporate Service Company as Representative<br>P.O. Box 2576<br>Patterson, IL 62708 | CPS Energy<br>Attn: Bankruptcy Section<br>145 Navarro St Stop 110910<br>San Antonio, TX 78205-2934 | CR/Fed Leasing, LLC<br>103 Biltmore St Ste 210<br>San Antonio, TX 78213-2203 |
| Eduardo Espinoza, Jr<br>P.O. Box 1438<br>Converse, TX 78109 | Eduardo Espinoza, Sr<br>P.O. Box 1438<br>Converse, TX 78109 | First Corporate Solutions as Representative<br>914 S. Street<br>Sacramento, CA 95811 |
| Four J Traffic Controls, LLC<br>Po Box 240038<br>San Antonio, TX 78224-0038 | Geico<br>One Gieco Blvd<br>Fredericksbrg, VA 22412-0001 | GOTO Premium Finance<br>Po Box 4312<br>Woodland Hls, CA 91365-4312 |
| Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | Kabbage<br>730 Peachtree St Ne Ste 350<br>Atlanta, GA 30308-1226 | Liberty Mutual Insurance<br>Po Box 188025<br>Fairfield, OH 45018-8025 |
| Newtek Small Business Finance<br>1981 Marcus Ave Ste 130<br>New Hyde Park, NY 11042-1046 | Platinum Rapid Funding<br>348 RXR Plaza<br>Uniondale, NY 11566 | Premier Capital Funding<br>c/o Law Office of Marvin Ben-Aron<br>14 Avenue T<br>Brooklyn, NY 11223-3421 |
| Reginal Finance Corporation of Texas<br>14145 Nacogdoches Rd Ste 1<br>San Antonio, TX 78247-1931 | Rental One<br>Po Box 489<br>Colleyville, TX 76034-0489 | San Antonio Water Systems<br>Attn: Bankruptcy Dept<br>Po Box 2449<br>San Antonio, TX 78298-2449 |
| Shell<br>Po Box 9001015<br>Louisville, KY 40290-1015 | Spectrum<br>Legal Department<br>13820 Sunrise Valley Dr<br>Herndon, VA 20171-4659 | Texas Comptroller of Public Account<br>Attn: Bankruptcy<br>Po Box 149359<br>Austin, TX 78714-9359 |
| The Smeberg Law Firm<br>2010 W Kings Hwy<br>San Antonio, TX 78201 | Tiger Sanitation<br>6315 Us Highway 87 E<br>San Antonio, TX 78222-1810 | Yellowstone Capital, LLC<br>c/o Vadim Serebro, Esq.<br>55 Broadway Fl 3<br>New York, NY 10006-3757 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **TX Superior Communications, LLC**            CASE NO

                                                          CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____ 12/17/2018 _____     Signature _____ /s/ Eduardo Espinoza, Jr. _____
                                                                                       Eduardo Espinoza, Jr., Manager

# TX SUPERIOR COMMUNICATIONS, LLC

Company Resolution

# ARTICLE I.
## Recitals

Whereas the Managers of TX SUPERIOR COMMUNICATIONS, LLC (the "Company"), acknowledge that the Company cannot continue operating in its financial condition without reorganizing under chapter 11 of the Bankruptcy Code;

Whereas the Members of the Company acknowledge that reorganizing the Company's debt in a chapter 11 bankruptcy may cause adverse financial consequences for the Members personally;

Whereas the Managers of the Company desire to authorize the Company's manager Eduardo Espinoza JR to execute all documents necessary to place the Company in Chapter 11 bankruptcy reorganization, to execute all documents necessary to prosecute the bankruptcy and ultimately to execute all documents necessary to obtain confirmation in the bankruptcy process;

Therefore the Managers of the Company resolve as follows:

# ARTICLE II.
## Resolutions

1. The Managers resolve that the Company shall enter into a Chapter 11 Bankruptcy and Eduardo Espinoza JR may execute all documents related to the Chapter 11 Bankruptcy on the Company's behalf within her business judgment.
2. The Managers resolve to authorize the Smeberg Law Firm, PLLC to take all actions in the Chapter 11 bankruptcy it deems reasonably necessary to protect the Company's interest in accordance with the retainer agreement executed for that purpose.

**IN WITNESS WHEREOF**, the Managers of TX SUPERIOR COMMUNICATIONS, LLC have resolved as stated above and have caused their signatures, to be set forth below on this the 17th day of December, 2018.

Approved:

_____
Eduardo Espinoza SR, *Manager and 51% Member*

_____
Eduardo Espinoza JR, *Manager and 49% Member*

2